**Internettrust Foundation**
114-3755 West 6th Ave.
Vancouver, BC, V6R1T9
(778) 371-9182 Tel.

| To: | Rodney Makel – USPTO Post Registration | From: | Adam J. Ezer, President |
|---|---|---|---|
| Fax: | (571) 273-9500 | Pages: | 1 |
| Phone: | (571) 272-9539 | | 09/22/2006 |
| Re: | **Secure Networx 2,939,034** | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Mr. Makel:

Pursuant to my previous correspondence, I write to advise that on behalf of Secure Networx Corp., a British Columbia extra-provincial company, and on behalf of the Delaware corporation Internettrust Foundation, it is hereby requested that the above captioned mark remain cancelled.

I had written to you in February when I realized that the cancellation materials submitted on behalf of the Delaware corporation were incorrect in stating that all rights and interest to the mark were owned by the Delaware corporation. In fact, the assignment of all rights to the British Columbia extra-provincial company appeared to have taken place immediately on July 26, 2005, before the cancellation materials were submitted. I had been advised that this process could take months to complete.

In any event, the matter now appears resolved. Ms. Pressey advised that the cancellation materials were taken by the USPTO to have been submitted by the owner of the rights and interest, the "Canadian" company. Mr. Sharkin, a lawyer for SecureWorks Inc., advised me, and has filed court documents alleging, that there was no transfer of rights to a separate entity (the British Columbia extra provincial company). Mr. Sharkin requested that this request for the mark to remain cancelled be submitted to the USPTO, despite the fact that the mark appears to be permanently cancelled.

While these two explanations are very different, the fact remains that the cancellation materials submitted have been accepted by the USPTO, having considered my concerns over who actually owned all rights and interest to the mark. Thank you for your assistance.

Yours truly,

Adam Ezer

# FW: Fwd: Secure Networx, Serial No. 2,939,034

**Sharkin, Keith <KSharkin@kslaw.com>**      Thu, Sep 7, 2006 at 7:59 AM

To: Adam Ezer <adamezer@hotmail.com>, Adam Ezer <adamezer@gmail.com>
Cc: "Wasserman, Jill" <JWasserman@kslaw.com>

Adam: Here is the e-mail sent to you on August 28, 2006. Keith

---

**From:** Sharkin, Keith
**Sent:** Monday, August 28, 2006 11:07 AM
**To:** 'Adam Ezer'
**Cc:** Wasserman, Jill
**Subject:** RE: Fwd: Secure Networx, Serial No. 2,939,034

Adam: Please advise me by the close of business today whether you will withdraw your request to reinstate Reg. No. 2,939,034 for SECURE NETWORX and agree not to file a petition for cancellation against our client's registration for SECUREWORKS. If you do not agree to the above, we intend to file a motion for contempt in which we will also seek our attorneys' fees in this matter. Keith

---

**From:** Adam Ezer [mailto:adamezer@hotmail.com]
**Sent:** Friday, August 11, 2006 4:29 PM
**To:** adamezer@gmail.com
**Cc:** Sharkin, Keith
**Subject:** RE: Fwd: Secure Networx, Serial No. 2,939,034

Dear Keith:

It has come to my attention that instead of replying to my email below, action has been taken to have the mark cancelled again. This is unfortunate. The matter is going to a board attorney on Monday. It appears clear to me that the Delaware company could not request the cancellation of the mark to which it had assigned all rights away to the

Canadian company.

It appears to me that your actions, or those of your associates, are in bad faith. Accordingly, there will be a petition to cancel your client's mark SECUREWORKS, over which you have indicated there has been actual confusion, or a likelihood of confusion. Please ensure your client is aware that this petition is due to your actions.

Thank you.

Adam Ezer


From: "Adam Ezer" <adamezer@gmail.com>
To: "Adam Ezer" <adamezer@hotmail.com>
Subject: Fwd: Secure Networx, Serial No. 2,939,034
Date: Sat, 29 Jul 2006 00:15:42 -0700


---------- Forwarded message ----------
From: **Adam Ezer** <adamezer@gmail.com>
Date: Jul 29, 2006 12:12 AM
Subject: Secure Networx, Serial No. 2,939,034
To: "Sharkin, Keith" <KSharkin@kslaw.com>
Cc: adamezer@gmail.com

Dear Keith:

As you may be aware, you have been listed in error as the attorney of record by the USPTO for the above captioned mark.

As I had advised you prior to our settlement agreement, Secure Networx had initiated a transfer of it's entire interest from the Delaware corporation to the Canadian company of the same name. It turns out that the transfer occurred on the same day as requested, namely, July 26, 2005. This is despite the fact that the USPTO's website stated that the process could take much longer to complete.

Therefore, Secure Networx Corp., the Delaware company, could not make the agreement that was submitted to the USPTO and the Federal Court, District of Delaware, as it no longer had any interest in the mark. I advised the USPTO of the situation and requested reinstatement on behalf of the Canadian company as soon as I learned of the situation in February 2006.

I will advise the USPTO by fax of the error respecting the listing of yourself as our attorney, and advise them that I should remain the correspondence contact if permitted, and that our attorney of record is Mr. Richard L. Morris Jr., whose address is below.

I can advise you that Secure Networx Corp., now the InternetTrust Foundation, of Delaware, will continue to honour our settlement agreement. If you wish Secure Networx, the Canadian company to consider requesting the cancellation of the above captioned mark, this is something we can discuss.

Thank you for your attention to these matters. I do note in passing that I reviewed your clients' applications and Ms. Nye is still the attorney of record for application 78587104 for STEELCLAD EMAIL (using your firm's address), which mark was deemed abandoned after no response. I understand Ms. Nye left your firm some time ago, and if this has led to mistake your client has two months from July 14, 2006 to take further action to revive the application.

Adam J. Ezer
778 371 9182

RICHARD L. MORRIS, JR.

PO BOX 398538
MIAMI BEACH FL 33239-8538

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.