IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECUREWORKS INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-538-JJF |
| SECURE NETWORX CORP. | : |
| Defendant. | : |

### ORDER

WHEREAS, pending before the Court is Plaintiff's Motion For Contempt, Sanctions And To Enforce The Judgment On Consent (D.I. 22);

WHERAS, Defendant, through its President Adam Joseph Ezer, has requested 30 days to obtain counsel;

IT IS HEREBY ORDERED that Defendant, Secure Networx/ InternetTrust Foundation shall obtain counsel and said counsel shall enter an appearance in this matter no later than October 27, 2006.

FURTHER, IT IS SO ORDERED that the parties shall submit a status report to the court no later than November 3, 2006.

No further extensions will be granted.

September 30, 2006

_____
UNITED STATES DISTRICT JUDGE