# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECUREWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-538 (JJF) |
| v. | ) |
| | ) |
| INTERNETTRUST FOUNDATION | ) |
| f/k/a SECURE NETWORX CORP., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Parkowski, Guerke & Swayze, P.A. as attorneys for Defendant Attorneys for Defendant Internettrust Foundation in the above-captioned action.

PARKOWSKI, GUERKE & SWAYZE, P.A.

    /s/Michael W. Arrington
By: Michael W. Arrington, Esquire (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
*Attorneys for Defendant Internettrust Foundation*

DATED: October 27, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SECUREWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-538 (JJF) |
| v. | ) |
| | ) |
| INTERNETTRUST FOUNDATION | ) |
| f/k/a SECURE NETWORX CORP., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 27th day of October, A.D., 2004, a true and correct copy of the attached Entry of Appearance was served upon the opposing party by the following means:

**Electronic Filing Service**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE  19899-0951

                    PARKOWSKI, GUERKE & SWAYZE, P.A.

                    /s/Michael W. Arrington
By:  Michael W. Arrington, Esquire (#3603)
       800 King Street, Suite 203
       Wilmington, DE  19801
       (302) 654-3300
       *Attorneys for Defendant Internettrust Foundation*

DATED: October 27, 2006