**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SECUREWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-538 (JJF) |
| v. | ) |
| | ) |
| INTERNETTRUST FOUNDATION | ) |
| f/k/a SECURE NETWORX CORP., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR CONTEMPT, SANCTIONS,
AND TO ENFORCE THE JUDGMENT ON CONSENT**

COMES NOW the Defendant, Internettrust Foundation, by and through its attorneys, Parkowski, Guerke & Swayze, P.A., and response in opposition to the Plaintiff's Motion for Contempt, Sanctions, and to Enforce the Judgment on Consent for the reasons set forth the Defendant's Answering Brief and Appendix thereto, filed contemporaneous to this Response.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By:   /s/Michael W. Arrington
Michael W. Arrington, Esquire (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
***Attorneys for Defendant Internettrust Foundation***

DATED: October 27, 2006