**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SECUREWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-538 (JJF) |
| v. | ) |
| | ) |
| INTERNETTRUST FOUNDATION | ) |
| f/k/a SECURE NETWORX CORP., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 27th day of October, A.D., 2004, a true and correct copy of the attached Answering Brief and Appendix In Response to Plaintiff's Motion For Contempt, Sanctions, And To Enforce The Judgment On Consent was served upon the opposing party by the following means:

**<u>Electronic Filing Service</u>**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899-0951

PARKOWSKI, GUERKE & SWAYZE, P.A.


   /s/Michael W. Arrington
By:   Michael W. Arrington, Esquire (#3603)
     800 King Street, Suite 203
     Wilmington, DE 19801
     (302) 654-3300
     ***Attorneys for Defendant Internettrust Foundation***

DATED: October 27, 2006