IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECUREWORKS, INC., </br></br>Plaintiff, </br></br>v. </br></br>INTERNETTRUST FOUNDATION f/k/a SECURE NETWORX CORP., </br></br>Defendant. | ) </br> ) </br> ) </br> ) C. A. No. 05-538 (JJF) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT STATUS REPORT

In accordance with the Court's order of September 30, 2006, (D.I. 28), Plaintiff SecureWorks, Inc. ("Plaintiff" or "SecureWorks") and Defendant Internettrust Foundation, f/k/a/ Secure Networx Corp., ("Defendant" or "Secure Networx") hereby file this Joint Status Report as to the status of Plaintiff's Motion for Contempt, Sanctions, And To Enforce The Judgment On Consent (D.I. 22) ("Motion").

On October 27, 2006 counsel for Defendant filed both an appearance (D.I. 30) and Defendant's Answering Brief in Opposition to Plaintiff's Motion (D.I. 31). The parties are discussing whether the Motion can be resolved, and those discussions are ongoing. Accordingly, counsel for Defendant has consented to an extension of time for Plaintiff to reply to Defendant's Answering Brief through and including Friday, November 10, 2006, in the event that the parties are unable to resolve the Motion.

Accordingly, Plaintiff requests, and Defendant consents, that the Court grant Plaintiff until November 10, 2006 to file its Reply to Defendant's Answering Brief.

| POTTER ANDERSON & CORROON LLP | PARKOWSKI, GURKE, & SWAYZE, P.A. |
|---|---|
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>James M. Kron (#3898)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>jkron@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*SecureWorks, Inc.* | By: /s/ Michael W. Arrington<br>Michael W. Arrington (#3603)<br>800 King Street, Suite 203<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-3300<br>marrington@pgslegal.com<br><br>*Attorneys for Defendant*<br>*Internettrust Foundation,*<br>*f/k/a Secure Networx Corp.* |

OF COUNSEL

Keith E. Sharkin
Jill Wasserman
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Dated: November 3, 2006


**SO ORDERED:**


Dated: _____, 2006     _____
                                UNITED STATES DISTRICT JUDGE

759795 / 29351